IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. CR06-54T |
| | : | Violation of 18 U.S.C. § 656 |
| ROXANE ANANIA | : | |

**INFORMATION**

**COUNT I**

**Introduction**

The United States Attorney charges:

Between on or about February 14, 2005, and April 18, 2005, in the District of Rhode Island, the defendant ROXANE ANANIA, being an agent and employee of Citizens Bank, a federally insured financial institution, with intent to injure and defraud Citizens Bank, willfully misapplied, embezzled, abstracted, and purloined the sum of approximately $123,690.15 of the monies, funds, assets and securities intrusted to the custody and care of Citizens Bank, in that on February 14, 2005, March 30, 2005, and April 18, 2005, the defendant diverted monies that were intended to be credited to the account of CSB Investment Corp. into the defendant's personal bank account at Citizens Bank.

All in violation of Title 18, United States Code, Section 656.

ROBERT CLARK CORRENTE
United States Attorney

By: ______________________
ANDREW J. REICH
Assistant U.S. Attorney

______________________
GERARD B. SULLIVAN
Chief, Criminal Division

DATE: April 25, 2006