AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

## APPEARANCE

Case Number: CR 06-54T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

5-2-06
Date

[signature]
Signature

Edward C Roy Jr.
Print Name                Bar Number

10 WEYBOSSET STREET
Address

PROVIDENCE    RI    02903
City    State    Zip Code

(401) 528-4281    (401) 528-4285
Phone Number    Fax Number

SCANNED