O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
ROXANE ANANIA

WAIVER OF INDICTMENT

CASE NUMBER: CR06-54T

I, Roxane Anania, the above named defendant, who is accused of theft by a bank employee

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on May 2, 2006 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ROXANE ANANIA [signature]
Defendant

EDWARD C. ROY, ESQ. [signature]
Counsel for Defendant

Before [signature: David L. Martin]
Judicial Officer USMJ