UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| V. | : CR. No. 06-054-T |
| | : |
| ROXANE ANANIA | : |

**GOVERNMENT'S MOTION TO GRANT DEFENDANT A THREE LEVEL DECREASE IN OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY**

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Andrew J. Reich, Assistant United States Attorney, hereby moves this Court to grant the defendant a three level decrease in the offense level for acceptance of responsibility, provided the Court determines the defendant's offense level to be level 16 or greater, on the grounds that the defendant has assisted authorities in the prosecution of her own misconduct by timely notifying authorities of her intention to enter a plea of guilty.

Respectfully submitted,
UNITED STATES OF AMERICA

ROBERT CLARK CORRENTE
United States Attorney

/s/ Andrew J. Reich
Andrew J. Reich
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000 -- (401) 709-5001 (fax)
email: andrew.reich@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of October, 2006 I caused the within Government's Motion to Grant Defendant a Three Level Decrease in Offense Level to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant has received notice electronically:

Edward Roy, Esq.
Federal Public Defender
10 Weybosset St., Suite 300
Providence, RI 02903

U.S. Probation Office
36 Exchange Terrace
Providence, RI 02903

/s/ Andrew J. Reich

Andrew J. Reich
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000 -- (401) 709-5001 (fax)
email: andrew.reich@usdoj.gov