UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-54 T

ROXANE ANANIA :

MOTION TO CONTINUE SENTENCING

Now comes the defendant Roxane Anania, by and through her counsel, and moves this Honorable Court to continue the sentencing in this matter for one week or to a date that is convenient with the Court's schedule. The sentencing is presently scheduled for November 2, 2006.

As grounds defense counsel submits that the defendant's mother-in-law recently passed away unexpectedly and the defendant is requesting the additional time to emotionally comes to terms with the loss as well as to attend to the needs of her family. As detailed in the pre-sentence report, Ms. Anania was extremely close to her mother-in-law who has been her surrogate mother for many years.

Both Andrew Reich, AUSA and Maureen Bradley, USPO have indicated that they have no objection to the granting of this Motion.

ROXANE ANANIA
By her Attorney,

/s/ EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
Fax (401) 528 - 4285
Email: Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I electronically-filed and served a copy of the within on Andrew Reich, AUSA and by hand-delivery to Maureen Bradley, USPO on the 26th day of October, 2006.

/s/ Edward C. Roy, Esquire